

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 11, 2023

_____
United States Bankruptcy Judge

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
CCC Wind Down, Inc., f/k/a Christian Care Centers, §
　§ Case No.:   22−80000−sgj11
　　　　　　　Debtor(s) § Chapter No.:   11
GlassRatner Advisory & Capital Group, LLC d/b/a B. §
Riley Advisory Services, as Plan Administrator §
　　　　　　　Plaintiff(s) § Adversary No.:   23−08000−sgj
　vs. §
EMR Elevator Inc. §
　　　　　　　Defendant(s)

## ORDER FOR ADMISSION *PRO HAC VICE*

　　The Court, having considered the Application for Admission *Pro Hac Vice* of **Danielle Mashburn−Myrick**, to represent EMR Elevator Inc., related to document #6, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #